**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CAROL EDITH LEIB,**

    **Plaintiff,**

**v.**                                                     **Case No: 5:24-cv-693-JA-PRL**

**KEVIN J. MURRAY,**

    **Defendant.**

**ORDER**

This matter is before the Court on Defendant's amended motion to compel a compulsory medical examination of Plaintiff by orthopedic surgeon, Dr. Troy Lowell, M.D. (Doc. 29). Plaintiff has no objection to the instant motion.

A court may "order a party whose mental or physical condition … is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner." Fed. R. Civ. P. 35(a)(1). The order "may be made only on motion for good cause and on notice to all parties and the person to be examined" and "must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it." Fed. R. Civ. P. 35(a)(2).

Here, there is no dispute that Plaintiff's physical condition is in controversy, and thus, good cause exists for the proposed physical examination of Plaintiff. *See* Fed. R. Civ. P. 35(a). And Defendant's motion complies with the requirements of Rule 35.

- 2 -

Accordingly, Defendant's motion to compel Plaintiff's compulsory medical examination (Doc. 29) is **GRANTED.**[1]  Plaintiff is directed to appear at the examination with Dr. Lowell on December 9, 2025, at 12:45 p.m. at Twin Palm Orthopedics, located at 2640 SW 32nd Place, Ocala, Florida 34471, unless the parties agree to a different date and time.

**DONE** and **ORDERED** in Ocala, Florida on November 3, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Defendant's initial motion to compel Plaintiff's compulsory medical examination (Doc. 26) is terminated as moot.