**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CAROL EDITH LEIB,**

　　**Plaintiff,**

**v.**                                                                 **Case No: 5:24-cv-693-JA- PRL**

**KEVIN J. MURRAY,**

　　**Defendant.**

_____

## ORDER

On November 3, 2025, the Court granted Defendant's motion for compulsory medical examination and directed Plaintiff to appear for the examination with Dr. Troy Lowell, M.D. on December 9, 2025, at 12:45 p.m. (Doc. 32). Plaintiff did not appear for her examination on December 9, 2025. (D. 33 at 5). Accordingly, Defendant filed the instant motion seeking to recover the entirety of the fees charged by Dr. Lowel. Defendant also asks the Court to impose sanctions. Plaintiff has not filed a response to the motion, and her time to do so has passed. Accordingly, the Court will treat the motion as unopposed.

Because Plaintiff failed to obey the Court's November 3, 2025, Order directing her to appear for a compulsory medical examination under Rule 35, "the court **must** order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." Fed.R.Civ.P. 37(b)(2)(C) (emphasis added). Here, Plaintiff has not filed any response to the instant motion, nor has she offered any explanation as to why she failed to appear for her medical examination. Accordingly,

Defendant is entitled to reimbursement for the fees charged by Dr. Lowell, as well as the attorney's fees and expenses incurred in preparing and filing the instant motion for sanctions. (Doc, 33).

Within **ten days** of this Order counsel for Defendant shall submit an affidavit detailing the fees charged by Dr. Lowell[1] and the reasonable expenses and fees incurred in preparing and filing the motion for sanctions. To the extent that Plaintiff objects to the amount of expenses and fees claimed by Defendant, Plaintiff shall file a response within ten days of service of Defendant's affidavit. Upon receipt of Defendant's affidavit and any objections by Plaintiff, the Court will enter an appropriate award or, if necessary, set the matter for an evidentiary hearing.

In addition, Plaintiff is required to attend a compulsory medical examination. Counsel is directed to confer and schedule an examination within the next **twenty-one days.** The Court will not hesitate to impose more serious sanctions against Plaintiff pursuant to Rule 37(b)(2)(A), including recommending the dismissal of her claims, if she fails to comply with this, or any other Court Order.

DONE and ORDERED in Ocala, Florida on January 6, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record

---

[1] Defendant has not submitted the invoice (or other evidence) supporting his claim that Dr. Lowell's fees totaled $2,500.00.