UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CAROL EDITH LEIB,

      Plaintiff,

v.                                                                          Case No: 5:24-cv-693-JA-PRL

KEVIN J. MURRAY,

      Defendant.

_____

## ORDER

On January 6, 2026, the Court granted Defendant's motion for sanctions resulting from Plaintiff's failure to appear at her court-ordered compulsory medical examination with Dr. Lowell. (Doc. 34). In granting the motion, the Court found that Defendant is entitled to reimbursement for the fees charged by Dr. Lowell, as well as the reasonable attorney's fees and expenses incurred in preparing and filing the motion for sanctions. The Court directed Defendant to file an affidavit supporting the request for fees and expenses and permitted Plaintiff to file a response in opposition ten days thereafter. As directed, Defendant filed the Affidavit of Edwin A. Green, III, Esq. (Doc. 35). Plaintiff has not filed a response, and her time for doing so has passed.

The only issue still open for consideration is the amount of Dr. Lowell's fees and the reasonable attorney's fees and expenses incurred in preparing and filing the motion for sanctions. Defendant seeks to recover $2,500.00 for Dr. Lowell's fees. According to the Affidavit and attached invoice, Dr. Lowell charged (and Defendant paid), $1,000.00 for record review and $1,500.00 for the examination that Plaintiff failed to attend. (Doc. 35 at 1; Doc. 35-1). Defendant also seeks to recover $415.00 in attorney's fees. Edwin A. Green, III.,

Esq., avers that he expended a total of 1.9 hours and seeks to recover an hourly rate of $350.00. (Doc. 35 at 1; Doc. 35-2).

The Court is "an expert on the question [of attorney's fees] and may consider its own knowledge and experience concerning reasonable and proper fees and may form an independent judgment either with or without the aid of witnesses as to value." *Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292, 1303 (11th Cir. 1988) (quoting *Campbell v. Green*, 112 F.2d 143, 144 (5th Cir. 1940)). Here, the Court agrees that the time spent on the motion for sanctions is reasonable, and the hourly rate of $350.00 is consistent with the prevailing market rate in the Ocala Division for an attorney with Mr. Green's experience. Thus, Defendant is entitled to recover reasonable attorney's fees in the amount of $415.00. In addition, the requested fees for Dr. Lowell in the amount of $2,500.00 are reasonable.

Within **ten (10) days** of this Order, Plaintiff shall remit to Defendant **$2,915.00,** which represents the reasonable attorney's fees and expenses incurred as a result of Plaintiff's nonattendance at her court-ordered medical examination and the resulting motion for sanctions.

**DONE** and **ORDERED** in Ocala, Florida on January 26, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties