UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CAROL EDITH LEIB,

     Plaintiff,

v.                                                                    Case No: 5:24-cv-693-JA-PRL

KEVIN J. MURRAY,

     Defendant.

_____

**ORDER**

On January 26, 2026, the Court directed Plaintiff to pay Defendant, within ten days, sanctions in the amount of $2,915.00, arising out of Plaintiff's failure to appear at her court-ordered medical examination. (Doc. 38). Inexplicably, Plaintiff (and her counsel) did not seek court protection from appearing at the examination, nor did they file any response to the motion for sanctions or Mr. Green's supporting affidavit.

Now, Plaintiff has filed the instant motion for reconsideration. (Doc. 39). While not disputing entitlement or the reasonableness of the amount of the sanctions award, Plaintiff simply requests that the court defer payment of the sanctions until the underlying litigation is resolved due to Plaintiff's financial circumstances. Defendant has filed a response in opposition. (Doc. 40).

Upon due consideration, the Court will grant Plaintiff's motion (Doc. 39) to

- 2 -

the limited extent that Plaintiff's deadline to remit **$2,915.00** to Defendant is extended until **March 3, 2026.**

Plaintiff's request for oral argument (Doc. 42) is denied. However, the Court will conduct a status conference in this case via Zoom on **February 18, 2026, at 1:30 p.m.,** for which a separate notice will issue.

DONE and ORDERED in Ocala, Florida on February 4, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record

- 2 -